# EXHIBIT A

United States
**CONSUMER PRODUCT**
**SAFETY COMMISSION**

# Generac Recalls Portable Generators Due to Finger Amputation and Crushing Hazards




Recalled XT8000E Generator






**Name of Product:**

Generac® and DR® 6500 Watt and 8000 Watt portable generators

**Hazard:**

An unlocked handle can pinch consumers' fingers against the generator frame when the generator is moved, posing finger amputation and crushing hazards.

**Remedy:**

Repair

**Recall Date:**

July 29, 2021

**Units:**

About 321,160 (In addition, 4,575 in Canada)

## Consumer Contact

Generac toll-free at 844-242-3493 from 8 a.m. to 5 p.m. CT Monday through Friday, or online at www.generac.com/handleguard or www.generac.com and click on Important Safety Information for more information.

# Recall Details

### In Conjunction With:



### Description:

This recall involves 6500 watt and 8000 watt Generac portable generators with unit type numbers XT8000E, XT8000EFI, GP6500, GP6500E, GP8000E and HomeLink 6500E portable generators, and DR models PRO 6500M and PRO 6500E portable generators. The generators have gasoline-powered engines that are used to generate electricity for use as backup power. The portable generators have two-wheels and a single, U-shaped, two-grip, flip-up pin-lock handle to help move the generator. Only the generators listed below are included in this recall. The unit type is identified on the front of the product.  The model and serial numbers are printed on a label on the product.  Consumers can also check specific unit type, model number, and serial number location information at www.generac.com/service-support/product-support-lookup.

| Unit Type | Model Number | First Serial Number | Last Serial Number |
|---|---|---|---|
| XT8000E | G0064330 | | |

| Unit Type | Model Number | First Serial Number | Last Serial Number |
|---|---|---|---|
| | G0064331 | 3000037849 | 3005569372 |
| | G0064340 | | |
| | G0064342 | | |
| XT8000EFI | G0071620 | | |
| | G0071621 | 3003336356 | 3006597843 |
| | G0071621R | | |
| GP6500 | G0076720 | | |
| | G0076800 | | |
| | G0076800R | | |
| | G0076812 | | |
| | G0076830 | | |
| | G0076830R | | |
| | G0076902 | | |
| | G0076902R | | |

| Unit Type | Model Number | First Serial Number | Last Serial Number |
|---|---|---|---|
| | G0076903 | | |
| GP6500E | G0076820 | | |
| | G0076820R | | |
| | G0076822 | | |
| GP8000E | G0076731 | | |
| | G0076751 | | |
| | G0076751R | | |
| | G0076761 | | |
| | G0076761R | | |
| | G0076861 | | |
| | G0076861R | | |
| PRO 6500M | GP16505DMN | | |
| | GP16505DMNR | | |
| PRO 6500E | GP16505DEN | | |

| Unit Type | Model Number | First Serial Number | Last Serial Number |
|---|---|---|---|
| HomeLink 6500E | G0068650 | | |
| | G0068651 | | |
| | G0079960 | | |

**Remedy:**

Consumers should immediately stop using the recalled portable generators, unless the locking pin has been inserted to secure the handle in place before and after moving the generator, and contact Generac for a free repair kit.

**Incidents/Injuries:**

Generac has received eight reports of injuries, seven resulting in finger amputations and one in finger crushing.

**Sold At:**

Major home improvement and hardware stores nationwide and online, including Ace Hardware, Amazon, Blain's Farm & Fleet, City Electric Supply, Costco, Do it Best, Fastenal, Home Depot, Lowe's Stores, Napa Auto Parts, Northern Tool & Equipment,

Orgill, Power Equipment Direct, Ravitsky Bros., True Value, and W.W. Grainger from June 2013 through June 2021 for between $790 and $1,480.

**Manufacturer(s):**

Generac Power Systems, of Waukesha, Wis.

**Manufactured In:**

United States and China

**Recall number:**

21-173

Note: Individual Commissioners may have statements related to this topic. Please visit www.cpsc.gov/commissioners to search for statements related to this or other topics.

**Recall Complaint**

If you are experiencing issues with a recall remedy or believe a company is being non-responsive to your remedy request, please use this form and explain the situation to CPSC.